AO91 (Rev. 12/03) Criminal Complaint          **FELONY**          AUSA          United States Courts

## UNITED STATES DISTRICT COURT

Southern District of Texas
FILED

*May 22, 2024*

_____ Southern District Of Texas Brownsville Division _____  Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**vs.**<br><br>Roberto ROQUE -ALVARADO<br>A240 197 721  Mexico<br>AKA Roberto Javier ROQUE -ALVARDO | **CRIMINAL COMPLAINT**<br><br>Case Number: 1:24-MJ- **301** |

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about _____ May 21, 2024 _____ in _____ Cameron _____ County, in

the _____ Southern District Of Texas _____ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title ____ 8 ____ United States Code, Section(s) ____ 1326(a)(1)/(b)(1) ____

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the

following facts:
The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on May 21, 2024. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on December 13, 2023. The defendant was convicted of Alien Unlawfully Found in the United States After Deportation on December 12, 2023. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had no funds at the time of arrest.

Continued on the attached sheet and made a part of this complaint:      ☐ Yes      ☒ No

_____
Signature of Complainant

Garza, Carlos    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested
telephonically per Fed.R.Crim.P.4.1, on

May 22, 2024                                    at      Brownsville, Texas
Date                                                         City/State

Karen Betancourt          U.S. Magistrate Judge
Name of Judge                   Title of Judge          Signature of Judge